UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Chattanooga, TN

FILED
SEP 15 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

Rebecca Marie Pobieglo )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. )   Case No. 1:23-CV-209
)   (to be assigned by Clerk)
Matthew Allen Pobieglo )
)   Crytzer/
_____ )
)   Lee
_____ )
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I filed for divorce in GA in July 2021 as plaintiff. I filed a jury demand allowed under GA state law. The judge is refusing to honor my jury demand. I made a demand to the court in GA of a demand for Federal Trial on July 29 2023 which was ignored. I deem it a violation of the 6th and 7th United States Constitutional Amendments. GA judge also issued final divorce without a jury + without

2. Plaintiff, Rebecca Marie Pobieglo resides at
6115 Bermuda Avenue, Chattanooga
street address                    city
Hamilton, TN, 37412, 4236822021
county      state   zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

n/a _____

1

3. Defendant, Matthew Allen Robiseto lives at, or its business is located at
80 Angel Oak Way, Ringgold,
   street address                              city
Catoosa, GA, 30736.
  county        state      zip code

(if more than one defendant, provide the same information for each defendant below)

Not applicable

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

I filed for divorce in Catoosa County, GA July 2021. Permanent Parenting Plan filed and signed by judge in March 2022 which was agreed to through mediation. I filed a jury demand with The Lookout Mountain District of Georgia and was refused one even after restating my demand on multiple occasions. Violation of my 6th and 7th United States Constitutional rights. Multiple states are involved including Tennessee, Georgia, and South Carolina. Please grant my request for a trial as allowed to me under the United States Constitution. This is a domestic violence case against myself and my three young children. Please help! I am currently living in Tennessee at the address noted. Some of my filings were not submitted to the Clerk of Court, but I have some electronic records to mention. RE: Civil Action No. 2021SUCV0623 and any and all actions related to either party in whole or in part — Lookout Mountain District Catoosa County, GA.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. I demand that my entire divorce case be heard from the beginning in Federal Court.
   b. I challenge the entire divorce proceedings held in the Lookout Mountain District of Georgia.
   c. Vannis laws have been broken by many.
   d. Domestic violence case against myself and my three children by the defendant.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___15___ day of __September__, 20_23_.

_____
Signature of plaintiff (s)

3