UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| REBECCA MARIE POBIEGLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 1:23-CV-209-KAC-SKL |
| v. | ) |
| | ) |
| MATTHEW ALLEN POBIEGLO, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Susan K. Lee's "Report and Recommendation" ("Report") entered on September 20, 2023 [Doc. 4]. On September 15, 2023, Plaintiff Rebecca Marie Pobieglo filed a Complaint raising claims under 42 U.S.C. § 1983 against Defendant Matthew Allen Pobieglo and asking the Court to hear her "entire divorce case" [Doc. 1 at 3]. In her Report, Judge Lee makes three recommendations. **First**, the Report recommends that the Court dismiss Plaintiff's Complaint without prejudice [*Id.* at 2-3]. **Second**, the Report recommends denying Plaintiff's "Application to Proceed in Forma Pauperis" [Doc. 2] as moot [Doc. 4 at 3]. **Third**, the Report recommends denying Plaintiff's "Motion for Appointment of Male Attorney" [Doc. 3] as moot [Doc. 4 at 3]. Neither Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** Judge Lee's Report [Doc. 4] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court:

  **(I)** **DISMISSES** Plaintiff's Complaint against Defendant without prejudice;

  **(II)** **DENIES AS MOOT** Plaintiff's "Application to Proceed in Forma Pauperis" [Doc. 2]; and

**(III) DENIES AS MOOT** Plaintiff's "Motion for Appointment of Male Attorney" [Doc. 3].

The Court further certifies that under 28 U.S.C. § 1915(a)(3), any appeal of this Order would not be taken in good faith.

IT IS SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge