UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| REBECCA MARIE POBIEGLO, | ) |
| Plaintiff, | ) |
| v. | ) No.: 1:23-CV-209-KAC-SKL |
| MATTHEW ALLEN POBIEGLO, | ) |
| Defendant. | ) |

## JUDGMENT

In the Order Adopting the Report & Recommendation [Doc. 5] the Court **DISMISSED** Plaintiff's claims without prejudice. Accordingly, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT